UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

Case No. 06-20015

HON. GEORGE CARAM STEEH

D-3 RICK COTTON,

    Defendant(s).
_____/

## ORDER DENYING MOTION FOR FURLOUGH (#108)

Defendant has requested a Furlough to attend his brother's funeral. This Court lacks jurisdiction to order such relief inasmuch as defendant is now in the custody of the Bureau of Prisons. Any such arrangements would have to be approved and made by the Bureau of Prisons itself.

Accordingly, Defendant's Motion is DENIED.

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated: April 21, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the parties/attorneys of record on April 21, 2010, by electronic and/or ordinary mail.

    s/Marcia Beauchemin
    Case Manager/Deputy Clerk